Matthew L. Durham
Nevada Bar No. 10342
mld@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendant
THE VONS COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE VONS COMPANIES, INC.,<br><br>Defendant. | Case No. 2:17-CV-00598-GMN-GWF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant The Vons Companies, Inc. ("Vons") and Plaintiff Kevin Zimmerman ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to extend the deadline for Vons to file a responsive pleading to Plaintiff's Complaint (ECF No. 13) until May 29, 2017. This is the parties' first stipulation for an extension of time for Vons to file a responsive pleading to Plaintiff's Complaint, which is currently due on April 27, 2017.

///
///
///
///
///
///

The basis for this stipulation is that the parties are working to resolve this matter without further litigation, and they wish to preserve resources while they work toward this end.

DATED: April 27, 2017  PAYNE & FEARS LLP

By  */s/ Matthew L. Durham*
MATTHEW L. DURHAM, NV Bar No. 10342
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for Defendant
THE VONS COMPANIES, INC.

DATED: April 27, 2017  THE WILCHER FIRM

By  */s/ Whiteney C. Wilcher*
WHITNEY C. WILCHER, NV Bar No. 72122
8465 W. Sahara Ave., Suite 111-236
Las Vegas, Nevada 89117
Tel. (702) 466-1959

Attorney for Plaintiff
KEVIN ZIMMERMAN

**ORDER**

IT IS SO ORDERED.  DATED: April 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Stip to Extend Time to File Response to Complaint (Zimmerman) 4844-0708-7431 v.1.docx

-2-